# United States Court of Appeals
## For the First Circuit

No. 16-1492

MARK W. EVES,

Plaintiff, Appellant,

v.

PAUL R. LEPAGE

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 19, 2019, is amended as follows:

On page 3, footnote 2, line 1, replace "complaint" with "Complaint".

On page 14, line 22, replace "official" with "individual".